# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

FILED
08 APR -8 PM 2:54
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

08   0229

UNITED STATES OF AMERICA,

V.

PAUL HIRSOHN

DEFENDANT(S).

## INDICTMENT

VIOLATIONS: 18 U.S.C. § 2252(a)(1) - Transportation of Child Pornography

18 U.S.C. § 2253(a)(1)-(3)-Sexual Exploitation of Children; Criminal Forteiture

_____
A true bill.

_____
Foreman

Filed in open court this __8th__ day of
__April 2008__.

_____
Clerk

Bail, $ __SEALED ARREST WARRANT — No Bail__

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |||
|---|---|---|
| BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT ☐ SUPERSEDING || Name of District Court, and/or Judge/Magistrate Location<br>NORTHERN DISTRICT OF CALIFORNIA |
| **OFFENSE CHARGED**<br>18 U.S.C. § 2252(a)(1) -- Transportation of Child Pornography<br>18 U.S.C. § 2253(a)(1)-(3) -- Sexual Exploitation of a Minor Criminal Forfeiture<br><br>PENALTY:<br>See Attachment A | ☐ Petty<br>☐ Minor<br>☐ Misdemeanor<br>☑ Felony | **DEFENDANT - U.S.**<br><br>▶ PAUL HIRSOHN<br><br>DISTRICT COURT NUMBER |
| **PROCEEDING**<br>Name of Complaintant Agency, or Person (&Title, if any)<br>Immigration and Customs Enforcement<br><br>☐ person is awaiting trial in another Federal or State Court, give name of court<br><br>☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District<br><br>☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:  ☐ U.S. Att'y ☐ Defense<br>☐ this prosecution relates to a pending case involving this same defendant<br>☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under<br><br>SHOW DOCKET NO.<br>MAGISTRATE CASE NO. || **DEFENDANT**<br>**IS *NOT* IN CUSTODY**<br>1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶<br>2) ☐ Is a Fugitive<br>3) ☐ Is on Bail or Release from (show District)<br><br>**IS IN CUSTODY**<br>4) ☐ On this charge<br>5) ☐ On another conviction<br>6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State<br>If answer to (6) is "Yes", show name of institution<br><br>Has detainer been filed?  ☐ Yes ☐ No   If "Yes" give date filed<br>DATE OF ARREST ▶  Month/Day/Year<br>Or... if Arresting Agency & Warrant were not<br>DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year |
| Name and Office of Person Furnishing Information on THIS FORM  Joseph P. Russoniello<br>☑ U.S. Att'y  ☐ Other U.S. Agency<br><br>Name of Asst. U.S. Att'y (if assigned)  Tarek J. Helou || ☐ This report amends AO 257 previously submitted |
| **ADDITIONAL INFORMATION OR COMMENTS** |||
| PROCESS:<br>☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: No Bail<br>If Summons, complete following:<br>☐ Arraignment  ☐ Initial Appearance<br>Defendant Address:<br><br>*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment<br><br>Date/Time:<br>Before Judge:<br><br>Comments: |||

## ATTACHMENT A TO PENALTY SHEET

United States v. Paul Hirsohn

Penalties:

18 U.S.C. § 2252(a)(1):

- Minimum Prison Term of 5 Years;
- Maximum Prison Term of 20 Years;
- Maximum Fine of $250,000;
- Maximum Lifetime Term of Supervised Release; and
- Mandatory Special Assessment of $100.

18 U.S.C. § 2253(a)(1)-(3):

- Forfeiture of items identified in the indictment.

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

FILED
08 APR -8 PM 2:54

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 08 0229 MMC |
| Plaintiff, | VIOLATIONS: |
| v. | 18 U.S.C. § 2252(a)(1) – Transportation of Child Pornography |
| PAUL HIRSOHN, | 18 U.S.C. § 2253(a)(1)-(3) – Sexual Exploitation of Children; Criminal Forfeiture |
| Defendant. | SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:   18 U.S.C. § 2252(a)(1) – Transportation of Child Pornography

On or about January 26, 2008, in the Northern District of California, the defendant,

PAUL HIRSOHN,

did knowingly transport and ship in foreign commerce a visual depiction, where the producing of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and where such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(1).

INDICTMENT

| | | |
|---|---|---|
|1|FORFEITURE ALLEGATIONS:|18 U.S.C. § 2253(a)(1)-(3) – Sexual Exploitation of Children; Criminal Forfeiture|

3  Upon conviction of the offense alleged in Count One, the defendant,

4  PAUL HIRSOHN,

5  shall forfeit to the United States, under Title 18, United States Code, Section 2253(a)(1)-(3), all
6  visual depictions described in Title 18, United States Code Section 2252 and all property, real and
7  personal, used or intended to be used to commit or promote the commission of the offenses of
8  conviction, including but not limited to the following items that were seized from defendant on
9  January 26, 2008 and January 27, 2008:

10  a. One Apple PowerBook computer, serial number QT0100QYHDS;
11  b. One Apple PowerMac computer, serial number XB5360HT5UZ;
12  c. One Apple iBook G4 computer, serial number I-15834;
13  d. One external hard drive, serial number 4381000841;
14  e. 9 CDs; and
15  f. 17 CD covers.

17  DATED:                                                         A TRUE BILL.

                                                                   _____
                                                                   FOREPERSON

20  JOSEPH P. RUSSONIELLO
    United States Attorney

    _____
    KYLE F. WALDINGER
    DEPUTY Chief, Major Crimes Section

25  (Approved as to form: _____
                           AUSA HEZOU

INDICTMENT                              2

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, 11th Floor
6     San Francisco, California 94102
      Telephone: (415) 436-7200
7     Fax: (415) 436-7234
      Tarek.J.Helou@usdoj.gov
8

9  Attorneys for Applicant

10                   UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,       )  No. 0229 MMC
                                   )
14      Plaintiff,                 )
                                   )  UNITED STATES' MOTION TO SEAL
15      v.                         )  INDICTMENT
                                   )
16 PAUL HIRSOHN,                   )  **UNDER SEAL**
                                   )
17      Defendant.                 )
                                   )
18

19      The United States hereby moves the Court for an order sealing this Motion, the

20 Indictment, Arrest Warrant, the Sealing Order, and all other related documents until further order

21 of the Court. The government believes that disclosure of the existence of those documents may

22 jeopardize ongoing investigations and the safety of potential witnesses.

23

24 DATED: April 8, 2008                      Respectfully Submitted,

25                                           JOSEPH P. RUSSONIELLO
                                             United States Attorney
26

27                                           _____
                                             TAREK J. HELOU
28                                           Assistant United States Attorney

   MOT. SEAL AND [PROPOSED] ORDER

**ORDER**

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the government's Motion, the Indictment, Arrest Warrant and this Sealing Order shall be sealed until further order of the Court.

DATED: 4-8-08

HON. JAMES LARSON
United States Magistrate Judge

MOT. SEAL AND [PROPOSED] ORDER   2