JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-7200
Fax: (415) 436-7234
Tarek.J.Helou@usdoj.gov

Attorneys for Applicant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. |
| Plaintiff, | UNITED STATES' MOTION TO SEAL INDICTMENT |
| v. | **UNDER SEAL** |
| PAUL HIRSOHN, | |
| Defendant. | |

The United States hereby moves the Court for an order sealing this Motion, the Indictment, Arrest Warrant, the Sealing Order, and all other related documents until further order of the Court. The government believes that disclosure of the existence of those documents may jeopardize ongoing investigations and the safety of potential witnesses.

DATED: April 8, 2008

Respectfully Submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____
TAREK J. HELOU
Assistant United States Attorney

MOT. SEAL AND [PROPOSED] ORDER

**ORDER**

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the government's Motion, the Indictment, Arrest Warrant and this Sealing Order shall be sealed until further order of the Court.

DATED: 4-8-08

HON. JAMES LARSON
United States Magistrate Judge