UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: APR 3 0 2008

Case No. CR-08-0229 MMC            JUDGE:   Maxine M. Chesney

PAUL HIRSOHN
DEFENDANT                           Present (✓) Not Present ( ) In Custody ( )

TAREK HELOU                         ROBERT BELES
U.S. ATTORNEY                       ATTORNEY FOR DEFENDANT

Deputy Clerk: **TRACY LUCERO**      Reporter: MARGO GURULE

## PROCEEDINGS

REASON FOR HEARING   Initial Status Conference

RESULT OF HEARING    Counsel request additional time to produce & review discovery materials.

Case continued to  6/4/08 @ 2:30   for Further Status.
Case continued to _____ for Motions.
             (Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s)
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) Preparation of Counsel Begins APR 3 0 2008 Ends 6/4/08