JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7071
Facsimile: (415) 436-7234
Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 08-229 MMC JL |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. ) | |
| ) | |
| PAUL HIRSOHN, ) | |
| ) | |
| Defendant. ) | |

On April 10, 2008, the parties in this case appeared before the Court and stipulated that time from April 10, 2008 through April 23, 2008 should be excluded from Speedy Trial Act calculations because the government's motion for detention was pending. 18 U.S.C. § 3161(h)(1)(F).

On April 23, 2008, the parties in this case appeared before the Court and stipulated that time from April 23, 2008 through April 30, 2008 should be excluded from Speedy Trial Act

Stipulation and [Proposed] Order Excluding Time
CR 08-229 MMC JL                                                                                          1

1  calculations because defense counsel needed adequate time to analyze the case and request
2  discovery. The parties represented to the Court that the length of the requested continuance was
3  the reasonable amount of time necessary for effective preparation of counsel, taking into account
4  the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the
5  ends of justice served by this continuance outweighed the best interests of the public and the
6  defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

8  SO STIPULATED:

                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney

12 DATED: April 30, 2008                           /s/
                                            TAREK J. HELOU
                                            Assistant United States Attorney

15 DATED: April 30, 2008                           /s/
                                            ROBERT BELES
                                            Attorney for Defendant Paul Hirsohn

18    As the Court stated on April 10, 2008, and for the reasons identified above, the Court finds
19 that time from April 10, 2008 through April 23, 2008 shall be excluded from Speedy Trial Act
20 calculations because the government's motion for detention was pending. 18 U.S.C. §
21 3161(h)(1)(F).
22    The Court also finds that time from April 23, 2008 through April 30, 2008 shall be excluded
23 from Speedy Trial Act calculations for effective preparation of counsel because defense counsel
24 needs adequate time to analyze the case and request discovery. 18 U.S.C. § 3161(h)(8)(B)(iv).
25 Failing to grant the requested continuance would deny counsel reasonable time necessary for
26 //
27 //
28 //

Stipulation and [Proposed] Order Excluding Time
CR 08-229 MMC JL                                                                              2

effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

DATED: April 30, 2008

_____
THE HONORABLE JAMES LARSON
United States Magistrate Judge