## ~~PROPOSED~~ ORDER/COVER SHEET

TO: The Honorable James Larson
Chief U.S. Magistrate Court Judge

RE: Paul Hirsohn

FILED
2008 MAY 35 PM 1:11
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA

DOCKET NO.: CR 08-0229 MMC

FROM: Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

DATE: May 29, 2008

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Rich Sarlatte
U.S. Pretrial Officer Specialist

415-436-7508
TELEPHONE NUMBER

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Order(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

Thank you

_____
JUDICIAL OFFICER

6-2-08
DATE

Cover Sheet (12/03/02)