UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-filing

Date: **JUN 0 4 2008**

Case No. CR-08-0229 MMC     JUDGE: **Maxine M. Chesney**

PAUL HIRSOHN
DEFENDANT

Present (✓) Not Present ( ) In Custody ( )

TAREK Helou
U.S. ATTORNEY

Robert Beles, Annie Beles
ATTORNEY FOR DEFENDANT

Deputy Clerk: TRACY LUCERO

Reporter: Margo Gurule

## PROCEEDINGS

REASON FOR HEARING   Further Status Conference

RESULT OF HEARING   Δ's counsel has reviewed "some" of the ICE lab images, but needs additional time to complete review.

Case continued to  7/23/08 @ 2:30   for Further Status.
Case continued to _____ for Motions.
         (Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___day(s))
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) Preparation of Counsel. Begins JUN 0 4 2008   Ends 7/23/08

( 5 min ).