UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES        E-filing

Date: JUL 2 3 2008

Case No. CR 08-0229 MMC          JUDGE: Maxine M. Chesney

PAUL HILSOHN                     Present (✓) Not Present ( ) In Custody ( )
DEFENDANT

TAREK HELOU                      ANNIE BELES for ROBERT BELES
U.S. ATTORNEY                    ATTORNEY FOR DEFENDANT

TRACY LUCERO
Deputy Clerk:                    Reporter: CATHERINE EDWARDS

PROCEEDINGS

REASON FOR HEARING    Further Status Conference

RESULT OF HEARING    Δ's counsel has reviewed all discovery - counsel are working toward disposition.

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
        (Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: _____ day(s))
Case continued to 9/10/08 @ 2:30 for Change of Plea or Trial Setting Conference

EXCLUDABLE DELAY (Category) Preparation of Counsel Begins JUL 2 3 2008 Ends 9/10/08

(5 min)