**Robert J. Beles** Bar No. 41993
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorney for *Defendant* PAUL HIRSOHN

# United States District Court
## Northern District of California
### San Francisco Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　*Plaintiff*,<br>　　vs.<br><br>PAUL HIRSOHN,<br><br>　　　　*Defendant*. | No: CR 08-00229 MMC<br><br>ORDER CONTINUING CHANGE OF PLEA HEARING<br><br>Date:　November 5, 2008<br>Time:　2:30 pm<br><br>Excludable time: 18 U.S.C. §3161(h)(8)(A) |

**ORDER CONTINUING CHANGE OF PLEA HEARING**

The parties having stipulated, and it appearing that the ends of justice served by allowing the continuance would outweigh the best interest of the public and the defendant in a speedy trial, this court orders that the change of plea hearing, presently scheduled for Wednesday, November 5, 2008 at 2:30 pm before the honorable Maxine M. Chesney, ~~may be~~ is continued to Wednesday, November 19, 2008 at 2:30 pm. and that, in computing the time in which trial must commence, the time from November 5, 2008 through November 19, 2008 is hereby excluded pursuant to 18 U.S.C. § 3161(h)(8)(A).

Dated: San Francisco, California, November 3, 2008_____, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Maxine M. Chesney
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge