**Robert J. Beles** (Bar No. 41993)
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorney for *Defendant Paul Hirsohn*

# United States District Court
## Northern District of California
### San Francisco Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br>vs.<br><br>PAUL HIRSOHN,<br><br>    *Defendant*. | No. CR-08-0229 MMC<br><br>~~PROPOSED~~ ORDER FOR RECONVEYANCE OF PROPERTY |

### ~~PROPOSED~~ ORDER FOR RECONVEYANCE OF PROPERTY

On consideration of the motion of defendant Paul Hirsohn for reconveyance of property, good cause having been shown and a declaration having been signed, it is hereby ordered that the motion is granted and the properties commonly known as 81 Milaw Court in San Ramon, California and 1737 Laurel Street in Napa, California, posted as security for the bond for defendant Paul Hirsohn shall be forthwith reconveyed to Kenneth Hirsohn and Donald Hirsohn, respectively.      San Francisco, California, January 8
Dated: ~~Oakland, California,~~ _____, 2009.

_____
Maxine M. Chesney
United States District Judge

---

1

Proposed Order for Reconveyance of Property