JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 436-7071
    Facsimile:      (415) 436-7234
    Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PAUL HIRSOHN,<br><br>    Defendant. | CR No. 08-229 MMC<br><br>STIPULATION AND [PROPOSED] ORDER VACATING EVIDENTIARY HEARING AND CHANGING SENTENCING DATE<br><br>Current Date:  June 2, 2009<br>Current Time:  1:30 p.m.<br><br>Proposed Date:  April 29, 2009<br>Proposed Time:  2:30 p.m.<br><br>Court:  Hon. Maxine M. Chesney |

       On March 11, 2009, the parties appeared before the Court for the defendant's sentencing. The Court continued the sentencing hearing until June 3, 2009.  The Court also scheduled an evidentiary hearing under *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 1993, to determine whether the Court should rely on the result of a polygraph examination given to the defendant during the investigation of this case.  The polygraph examination was cited in the Presentence Investigation Report, the United States' Reply Sentencing Memorandum, and the Defendant's March 10, 2009 Reply to the United States' Reply Sentencing Memorandum.

Since the Court set the evidentiary hearing, the parties have met and conferred regarding the polygraph examination. Neither party wishes to rely on the polygraph report or any other polygraph-related evidence in connection with the defendant's sentencing. Therefore, under U.S.S.G. § 6A1.3(a)(1), there is no longer a dispute between the parties over any issue related to the polygraph examination. Accordingly, because the parties have already filed their sentencing memoranda and will not present any evidence at the hearing, they are prepared to proceed with sentencing without the evidentiary hearing.

Consequently, the parties now jointly request that the Court vacate the evidentiary portion of the sentencing hearing and advance the sentencing hearing date to April 29, 2009, or another day convenient for the Court and the parties.

The parties also request that the Court strike from the record the following portions of the PSR and the parties' briefs, which relate to the polygraph examination, and not rely on them or the results of the polygraph examination in determining the defendant's sentence:

- Presentence Investigation Report, ¶ 18;
- United States' Reply Sentencing Memorandum at 8:12-18; and
- Defendant's March 10, 2009 Reply Sentencing Memorandum at 1:25-2:16.

SO STIPULATED:

JOSEPH P. RUSSONIELLO  
United States Attorney

DATED: April 1, 2009         /s/  
TAREK J. HELOU  
Assistant United States Attorney

DATED: April 1, 2009         /s/  
ROBERT BELES  
Attorney for Defendant Paul Hirsohn

For the reasons identified above, the Court orders as follows:

1. The Court vacates the evidentiary portion of the defendant's sentencing hearing.
2. The Court advances the date of the defendant's sentencing hearing from June 2, 2009 at 1:30 p.m. to April 29, 2009 at 2:30 p.m.
3. The Court strikes from the record the following portions of the PSR and the parties' briefs, which relate to the polygraph examination, and will not rely on them or the results of the polygraph examination in determining the defendant's sentence:

   - Presentence Investigation Report, ¶ 18;
   - United States' Reply Sentencing Memorandum at 8:12-18; and
   - Defendant's March 10, 2009 Reply Sentencing Memorandum at 1:25-2:16.

SO ORDERED.

DATED: April 2, 2009

THE HONORABLE MAXINE M. CHESNEY
United States District Judge