UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 08-00229 MMC |
| Plaintiff, ) | [PROPOSED] PRELIMINARY ORDER OF FORFEITURE |
| v. ) | |
| PAUL HIRSOHN, ) | |
| Defendant. ) | |

Having considered the application for a preliminary order of forfeiture filed by the United States and the defendant's plea of guilty on December 10, 2008, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

a. One Apple PowerBook computer, serial number QT0100QYHDS;

b. One Apple PowerMac computer, serial number XB5360HT5UZ;

c. One Apple iBook G4 computer, serial number I-15834;

d. One external hard drive, serial number 4381000841;

e. 9 CDs; and

f. 17 CD covers.

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and on www.forfeiture.gov, a government website, post for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property

1  in such manner as the Attorney General may direct and provide notice that any person, other than
2  the defendant, having or claiming a legal interest in the property must file a petition with the
3  Court and serve a copy on government counsel within thirty (30) days of the final publication of
4  notice or of receipt of actual notice, whichever is earlier.
5       IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal
6  Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at
7  the time of sentencing and shall be made part of the sentence and included in the judgment.
8       IT IS SO ORDERED this 27th day of April 2009.

        _____
        MAXINE M. CHESNEY
        United States District Judge