UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PAUL HIRSOHN,<br><br>　　　　Defendant. | Case No.  CR 08-00229 MMC<br><br>[PROPOSED] FINAL ORDER OF FORFEITURE |

　　　On April 27th, 2009, the Court entered a Preliminary Order of Forfeiture forfeiting the following property, One Apple PowerBook computer, serial number QT0100QYHDS; One Apple PowerMac computer, serial number XB5360HT5UZ; One Apple iBook G4 computer, serial number I-15834; One external hard drive, serial number 4381000841; 9 CDs; and 17 CD covers, pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3).

　　　The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

　　　THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3).  All right, title, and interest in said property is vested in the United States of America.  The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: June 5, 2009　　　　_____
　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　United States District Judge